

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellants

v.

Dr. Oliver **WILLIAMS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Dr. Oliver Williams, recover his costs of this appeal from appellants, William M. Collins and Patricia Collins.

SIGNED May 6, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice